IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| MICHAEL L. BARTLOW and NANCY BARTLOW, h/w, | |
| Plaintiffs, | Civil No. 08-1942-RBK-AMD |
| v. | |
| FGC COMMERCIAL MORTGAGE, INC., d/b/a FREMONT MORTGAGE, et al., | |
| Defendants. | |

## SCHEDULING ORDER IN ARBITRATION CASE

This Scheduling Order confirms the directives given to counsel at the settlement conference on July 11, 2008; and the Court noting the following appearances: Joseph M. Pinto, Esquire, appearing on behalf of the plaintiffs; Amy L. SantaMaria, Esquire, appearing on behalf of the defendants FGC Commercial Mortgage, Inc. and Fremont Investment and Loan, Inc.; and Stacy S. Cohen, Esquire, appearing on behalf of the defendants Countrywide Home Loans, Inc. and WM Specialty Mortgage, L.L.C.

IT IS this **14th** day of **July 2008**, hereby **ORDERED:**

1. The Court will conduct a telephone status conference on **August 13, 2008 at 9:45 A.M.**.  Counsel for plaintiffs shall initiate the telephone call.

s/ Ann Marie Donio
ANN MARIE DONIO
United States Magistrate Judge

cc:  Hon. Robert B. Kugler